

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-19-00764-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE** for the Pooling and
Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006-NC3 Mortgages Pass Through Certificates, Series 2006 NC3, Mackie Wolf Zientz &
Mann, PC, and Ocwen Loan Servicing, LLC.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03042
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Rebeca C. Martinez, Justice
    Irene Rios, Justice

On August 28, 2020, appellant filed a "Motion to Extend Time to File Motion for Panel
Rehearing," a "Motion to Extend Time to File Motion for En Banc Reconsideration," a "Motion
to Admit New Jurisdictional Evidence into the Record and Extend any Brief Limits," and an
"Emergency Motion for Leave to File Plea to the Jurisdiction on 'New Evidence' Rendering
Trial Court and Appellate Court Orders Void." Appellee filed responses in opposition. After
careful consideration, we DENY all four of appellant's pending motions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 22nd day of September, 2020.



Michael A. Cruz,
Clerk of Court